**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MANIKEY MBONGHKLOH** | **CIVIL ACTION NO. 26-cv-806 SEC P**

**VERSUS** | **JUDGE S. MAURICE HICKS, JR.**

**BRIAN ACUNA, ET AL.** | **MAGISTRATE JUDGE HORNSBY**

## MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed by petitioner Manikey Mbonghkloh, ("Petitioner"), pursuant to 28 U.S.C. §2241. Petitioner is a native and citizen of Cameroon who seeks release from detention.

According to the ICE detainee locator service,[1] Petitioner is no longer detained and has either been deported or released.

Accordingly;

**IT IS ORDERED** that counsel for Petitioner and counsel for Respondents confirm whether the petition is moot and, if so, file an appropriate motion within 14 days.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 8th day of October 2026.

Mark L. Hornsby
U.S. Magistrate Judge

[1] https://locator.ice.gov/odls/#/search